**Order entered September 25, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00589-CV

**JORDAN & JENNIFER DONTOS, Appellants**

**V.**

**BANCO POPULAR NORTH AMERICA, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-14576-C**

## ORDER

The Court has before it appellants' September 23, 2013 unopposed motion to extend time to file reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by October 3, 2013. No further extensions will be granted absent a showing of exceptional circumstances.


/s/ ELIZABETH LANG-MIERS
   JUSTICE